UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| WYEN BRYANT MCDONALD | Civil No. 6:20-cv-02219-AC |
| Plaintiff, | |
| vs., | ORDER TO PAY<br>EAJA FEES |
| KILOLO KIJAKAZI,<br>Comissioner  Social Security,<br>Defendant. | |

Acosta,  Judge:

Following my review of Plaintiff's Motion and supporting documentation, and after

consideration of  Defendant's stipulation,   and pursuant to the Equal Access to

Justice Act, 28 U.S.C. § 2412,  $ $11,030.00 is awarded to Plaintiff as EAJA fees in care

of her attorney, Nancy J. Meserow,  and the check for EAJA fees shall be made payable to

Nancy J. Meserow, based upon Plaintiff's assignment of these amounts to Plaintiff's

attorney Nancy J. Meserow,  subject to the satisfaction of Plaintiff's debts, if any, under

*Astrue v. Ratliff*, 130 S. Ct. 2521 (2010); and  in addition, Plaintiff is awarded $10.00 for

postage expenses, so that the total amount awarded equals   $11,040.00.  Any check

issued for EAJA fees or for expenses shall be sent to Plaintiff in care of his attorney,

Nancy J. Meserow, at her office, located at the following address:

Law Office of Nancy J. Meserow
7540 SW 51st Ave.
Portland, OR
97219.

IT IS SO ORDERED.

Dated this 24th day of January, 2022

_____
John V. Acosta
UNITED STATES MAGISTRATE JUDGE